IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT R. MEADES, )<br>)<br>    Petitioner, )<br>)<br>v. )<br>)<br>THOMAS CARROLL )<br>Warden, and CARL C. )<br>DANBERG, Attorney )<br>General of the State of )<br>Delaware, )<br>)<br>    Respondents. ) | Civil Action No. 06-618-KAJ |

**O R D E R**

WHEREAS, petitioner has filed a form petition seeking federal habeas corpus relief pursuant to 28 U.S.C. § 2254 and has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915; and

WHEREAS, based on the information in petitioner's affidavit, the request to proceed *in forma pauperis* is granted; and

WHEREAS, the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), 28 U.S.C. § 2244, effectively precludes petitioners from filing a second or subsequent habeas petition except in the most unusual of circumstances; and

WHEREAS, the United States Court of Appeals for the Third Circuit has mandated that, before this Court may rule on

the merits of the petition, petitioner must be given notice that the AEDPA applies to the pending petition, see United States v. Miller, 197 F.3d 644 (3d Cir. 1999) and Mason v. Meyers, 208 F.3d 414 (3d Cir. 2000).

NOW, THEREFORE, IT IS ORDERED this 1st day of December, 2006, that, on or before January 2, 2006, petitioner must file with the Court the attached election form. Failure to timely return the completed election form will result in the Court's ruling on the pending petition as filed.

                                                                             _____
United States District Judge

                IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF DELAWARE


ROBERT R. MEADES,           )
                            )
        Petitioner,         )
                            )
v.                          )   Civil Action No. 06-618-KAJ
                            )
THOMAS CARROLL              )
Warden, and CARL C.         )
DANBERG, Attorney           )
General of the State of     )
Delaware,                   )
                            )
        Respondents.        )

                        **AEDPA ELECTION FORM**

   1.  _____      I wish the Court to rule on my § 2254
                     petition as currently pending.  I realize
                     that the law does not allow me to file
                     successive or later petitions unless I
                     receive certification to do so from the
                     United States Court of Appeals for the
                     Third Circuit; therefore, this petition
                     will be my one opportunity to seek federal
                     habeas corpus relief.


   2.  _____      I wish to amend my § 2254 petition to
                     include all the grounds I have.  I will
                     do so within thirty (30) days.  I realize
                     that the law does not allow me to file
                     successive or later petitions unless I
                     receive certification to do so from the
                     United States Court of Appeals for the
                     Third Circuit; therefore, this amended
                     all-inclusive petition will be my one
                     opportunity to seek federal habeas corpus
                     relief.


   3.  _____      I wish to withdraw my § 2254 petition
                     without prejudice to file one all-inclusive
                     petition in the future; that is, one

        that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d).  See <u>Swartz v. Meyers</u>, 204 F.3d 417 (3d Cir. 2000).

4. _____  I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under _____.

_____
Petitioner