Robert R. Meades
SBI #124648
Delaware Corr. Center
1181 Paddock Rd
Smyrna, DE. 19977

November 28, 2006

Re: Meades v. Carroll et al
    1:06-cv-618

Dear Judge Jordan:

Please be advise that upond recent review of certain facts. I am requesting that the court withdraw the above case/action without prejudice. Sir I appreciate the Court's consideration in this matter.

Very Truly Yours,
Robert R. Meades

I/M Robert R. Mendes
SBI# 124642  UNIT 21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

X-RAY

Legal Mail

Judge Kent Jordan
U.S. District Court
844 N. King Street Lock box 18
Wilmington De
19801



UNITED STATES POSTAGE
02 1A
000460 8975
MAILED FROM ZIP CODE 19977
NOV 29 2006
$ 00.390
PITNEY BOWES