4

Robert R. Meades
SBI #124648
Delaware Corr. Center
1181 Paddock Rd
Smyrna, DE. 19977

November 28, 2006

Re: Meades v. Carroll et al
1:06-cv-618

Dear Judge Jordan:

Please be advise that upon recent review of certain facts. I am requesting that the Court withdraw the above case/action without prejudice. Sir I appreciate the Courts consideration in this matter.

Very Truly Yours,

Robert R. Meades

SO ORDERED, this 6th day of Dec, 2006

_____
UNITED STATES DISTRICT JUDGE