IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ROBERT R. MEADES,                )
                                 )
         Petitioner,             )
                                 )
v.                               )   Civil Action No. 06-618-KAJ
                                 )
THOMAS CARROLL                   )
Warden, and CARL C.              )
DANBERG, Attorney                )
General of the State of          )
Delaware,                        )
                                 )
         Respondents.            )

**AEDPA ELECTION FORM**

1. _____    I wish the Court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. _____    I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. ✓    I wish to withdraw my § 2254 petition without prejudice to file one all-inclusive petition in the future; that is, one

FILED
DEC 15 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

                    that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). See Swartz v. Meyers, 204 F.3d 417 (3d Cir. 2000).

4. _____   I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under _____.

                                                *[signature]*
                                                Petitioner

Date: 12/15/06

